RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Rafael Beltran

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAFAEL BELTRAN,<br><br>                    Defendant. | Case No. 2:16-CR-178-JAD-VCF<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(First Request) |

          IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Rafael Beltran, that the Sentencing Hearing currently scheduled on December 5, 2016 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

          This Stipulation is entered into for the following reasons:

          1.     Additional time is needed to review the presentence investigation report with Mr. Beltran.  He resides out of the jurisdiction.

2.　　　Furthermore, additional time is necessary to conduct sentencing mitigation in this case and prepare a sentencing memorandum.

3.　　　The defendant is not in custody and does not oppose a continuance.

4.　　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of November, 2016.


RENE L. VALLADARES                    DANIEL G. BOGDEN
Federal Public Defender               United States Attorney


      /s/ Raquel Lazo                         /s/ Brandon Jaroch
By_____        By_____
RAQUEL LAZO                           BRANDON JAROCH
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-178-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| RAFAEL BELTRAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, December 5, 2016 at 11:00 a.m., be vacated and continued to February 6, 2017 at 9:00 a.m.

DATED this 22nd day of November, 2016.

_____

UNITED STATES DISTRICT JUDGE

3