RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Rafael Beltran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL BELTRAN,<br><br>　　　　　Defendant. | Case No. 2:16-CR-178-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Rafael Beltran, that the Sentencing Hearing currently scheduled on February 6, 2017 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　Additional time is needed to obtain mitigation documents.

2.　Additionally, Mr. Beltran requires time to make the necessary financial arrangements to travel for the sentencing hearing. His employment has been slow. He

anticipates having more work in the upcoming weeks.  This will put him in a better position financially to travel.

       3.      The defendant is not in custody and does not oppose a continuance.

       4.      The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 23rd day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL BELTRAN,<br><br>　　　　　Defendant. | Case No. 2:16-CR-178-JAD-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, February 6, 2017 at 9:00 a.m., be vacated and continued to April 10, 2017 at the hour of 9:00 a.m.

　　DATED this 23rd day of January, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3