RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Nevada State Bar No. 8540
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Rafael Beltran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RAFAEL BELTRAN,<br><br>               Defendant. | Case No. 2:16-cr-178-JAD-VCF<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Rafael Beltran, that the Sentencing Hearing currently scheduled on April 10, 2017 at 9:00 a.m., be advanced to April 3, 2017 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction on the currently scheduled sentencing date.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

1   This is the first request for a continuance of the sentencing hearing.

2   DATED this 25th day of January, 2017.

3

4   RENE L. VALLADARES       DANIEL G. BOGDEN
    Federal Public Defender       United States Attorney

5

6   */s/ Raquel Lazo*              */s/ Brandon Jaroch*
    By_____       By_____

7   RAQUEL LAZO                   BRANDON JAROCH
    Assistant Federal Public Defender   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-178-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| RAFAEL BELTRAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, April 10, 2017 at 9:00 a.m., be vacated and continued to Monday, April 3, 2017 at 11:00 a.m.

DATED this 26th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE